January 23, 2014



# JUDGMENT

## 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

### IN THE MATTER OF D.A., A JUVENILE

NO. 14-13-00627-CV

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on May 30, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, D.A.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.